RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/3/08
    6A

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION #05-60016 |
| VERSUS | JUDGE HAIK |
| ROBERT WAYNE BRAZELL | MAGISTRATE JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REASONS FOR JUDGMENT

A.  Facts

On October 3, 2007, Defendant appeared before this Court and was sentenced to 1 month of imprisonment followed by 11 months of supervised release for violation of the conditions of a prior period of supervised release stemming from a conviction for Willful Failure to Pay Child Support. During said hearing, conditions of supervised release were ordered. On October 3, 2007, the offender was released from imprisonment and the term of supervised release commenced in the Western District of Louisiana. Defendant then re-appeared before this Court on May 29, 2008 for a revocation hearing. The Defendant was charged with violating the conditions of supervised release as follows:

**1. The Defendant was arrested for possession of alprazolam, driving under suspension, and deposit of license in lieu of security upon arrest (on November 30, 2007), and failure to appear for trial (on March 31, 2008), in violation of mandatory condition #2, which states that the defendant shall not commit another federal, state, or local crime.**

**2. The Defendant failed to appear for a criminal non-support hearing in St. Mary Parish on March 6, 2008, in violation of mandatory condition #2.**

3. The Defendant tested positive for cocaine on April 22, 2008, in violation of mandatory condition #3, which states that the Defendant shall not unlawfully possess a controlled substance, and shall refrain from any unlawful use of a controlled substance.

4. The Defendant failed to keep a scheduled appointment with his probation officer on March 14, 2008, in violation of standard condition #2, which states that defendant shall report to the probation officer.

5. The Defendant failed to answer truthfully to his probation officer about illegal drug use on April 22, 2008, in violation of standard condition #3, which states that defendant shall answer truthfully all inquiries by the probation officer.

6. The Defendant was arrested on November 30, 2007, and failed to report the arrest to his probation officer in violation of standard condition #11 which states that the Defendant shall notify the probation officer to report arrest within 72 hours of being arrested or questioned by a law enforcement officer.

B.    Conclusion

It is ORDERED that the Revocation Hearing that was held on May 29, 2008 is hereby CONTINUED for 6 months. Furthermore, this Court adds the following special conditions to Defendant's supervised release:

1. Defendant shall enroll in a drug treatment program in St. Mary Parish.

2. Defendant's child support payments shall be increased from $617.00 per month to $800.00 per month.

THUS DONE AND SIGNED on this the 30th day of May, 2008.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

COPY SENT
DATE 6/3/08
BY ⌐⌐
TO USP 3cc
USM 1cc